# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T. | 2. Court or Organization<br><br>U.S. District Court, Arkansas | 3. Date of Report<br><br>03/27/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the United States Courts | August 13-15, 2012 | Washington, DC. | 2012 CM/ECF District Operational Practices Forum | Lodging, Airfare & some meals provided |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TIAA-CREF | C | Interest | M | T | | | | | |
| 2.  Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3.  Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4.  XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5.  Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6.  Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7.  ACXIOM | A | Dividend | K | T | | | | | |
| 8.  Simon Property Group | B | Dividend | K | T | | | | | |
| 9.  USA Truck | A | Dividend | J | T | | | | | |
| 10. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 11. Coca Cola | A | Dividend | J | T | | | | | |
| 12. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 13. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 14. McDonalds Corp | A | Dividend | J | T | Buy (add'l) | 08/29/12 | J | | |
| 15. Southwest Airlines | A | Dividend | J | T | | | | | |
| 16. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 17. Intel Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walt Disney | A | Dividend | J | T | | | | | |
| 19. American Small Cap World | A | Dividend | | | Sold | 10/02/12 | J | A | |
| 20. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 21. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | Sold (part) | 01/17/12 | K | A | |
| 22. Merck & Co. | A | Dividend | J | T | | | | | |
| 23. Univ of Ark Bond | A | Interest | J | T | | | | | |
| 24. Consolidated Edison | A | Dividend | | | Sold | 08/16/12 | J | A | |
| 25. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 26. Pub Svc Ent | A | Dividend | J | T | | | | | |
| 27. Little River Cty AR Rev. | A | Interest | | | Matured | 02/24/12 | J | A | |
| 28. Entergy Corp | A | Dividend | J | T | | | | | |
| 29. Murphy Oil | A | Dividend | J | T | | | | | |
| 30. Bank of America | A | Dividend | J | T | | | | | |
| 31. Ark St Fed Hwy Grant | A | Interest | | | Matured | 08/01/12 | K | A | |
| 32. Blackrock Global | A | Interest | J | T | Buy (add'l) | 08/29/12 | J | | |
| 33. Windstream/Alltel | A | Dividend | J | T | Buy (add'l) | 08/29/12 | J | | |
| 34. Little Rock AR New Pub | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 36. Spectra | A | Dividend | J | T | | | | | |
| 37. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 38. Crittenden County Bond | A | Interest | | | Matured | 04/09/12 | J | A | |
| 39. Ark St Higher Educ | A | Interest | K | T | | | | | |
| 40. Buckeye Ohio Bond | A | Interest | J | T | | | | | |
| 41. New York City Bond | A | Interest | J | T | | | | | |
| 42. Bentonville AR Sales | A | Interest | K | T | | | | | |
| 43. Little Rock AR Sewer | A | Interest | J | T | | | | | |
| 44. Cambiar Opp. | A | Int./Div. | | | Sold | 01/17/12 | J | A | |
| 45. General Electric Cap | A | Interest | | | Matured | 10/19/12 | K | A | |
| 46. SunAmerica CD | A | Interest | | | Matured | 10/02/12 | J | A | |
| 47. Baxter County Bond | D | Interest | J | T | | | | | |
| 48. Ark State Univ Rev | D | Interest | J | T | | | | | |
| 49. Beaver Water Bond | D | Interest | | | Matured | 11/15/12 | J | A | |
| 50. Little Rock Ark Libr | D | Interest | J | T | | | | | |
| 51. White Hall Bond | D | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ark Best | D | Dividend | J | T | | | | | |
| 53. T Rowe Price | E | Dividend | K | T | | | | | |
| 54. Black Rock Global | E | Dividend | K | T | | | | | |
| 55. Bank of America 5.25 | G | Dividend | M | T | | | | | |
| 56. Puerto Rico Bond | A | Interest | K | T | | | | | |
| 57. Univ of Ark Revs | A | Interest | J | T | | | | | |
| 58. Puerto Rico Hotel Bond | A | Interest | J | T | | | | | |
| 59. Puerto Rico Infrastructure Bond | A | Interest | K | T | | | | | |
| 60. Rogers Ark Schl Dist | A | Interest | K | T | | | | | |
| 61. Fayetteville Ark Schl | A | Interest | J | T | | | | | |
| 62. Little Rock AR Schl | A | Interest | J | T | | | | | |
| 63. Booneville Ar Schl | A | Interest | K | T | | | | | |
| 64. Puerto Rico Mun. Bond | A | Interest | K | T | | | | | |
| 65. Siloam Springs Schl | A | Interest | J | T | | | | | |
| 66. Bentonville Ark Schl | A | Interest | | | Matured | 02/08/12 | K | A | |
| 67. Mountain Home Schl | A | Interest | K | T | | | | | |
| 68. Apple | A | Dividend | | | Sold | 12/11/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs | A | Dividend | J | T | | | | | |
| 70. Nuveen Prem Ins Muni | A | Dividend | | | Sold | 10/02/12 | J | A | |
| 71. Pulaski Cnty AR SPL | A | Interest | J | T | | | | | |
| 72. Energy Transfer | A | Dividend | J | T | | | | | |
| 73. I Shares Trust Dow Jones | A | Dividend | J | T | Buy (add'l) | 08/29/12 | K | | |
| 74. Oppenheiner Rising | A | Dividend | | | Sold | 10/02/12 | J | | |
| 75. American Century Small | A | Dividend | | | Sold | 10/02/12 | J | | |
| 76. Puerto Rico Commonwealth | A | Dividend | K | T | | | | | |
| 77. Century Link | A | Dividend | J | T | | | | | |
| 78. Best Buy Bond | A | Interest | K | T | | | | | |
| 79. Ishares S & P | A | Interest | J | T | | | | | |
| 80. Bank of America | A | Interest | M | T | | | | | |
| 81. General Electric | A | Dividend | J | T | | | | | |
| 82. Fountain Lake Sch Bond | A | Interest | K | T | Buy | 10/02/12 | K | | |
| 83. Alltel Bond | A | Interest | K | T | Buy | 09/17/12 | K | | |
| 84. General Mtrs Bond | A | Interest | K | T | Buy | 09/17/12 | K | | |
| 85. A T & T 6.8% Bond | A | Interest | K | T | Buy | 06/28/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley 5.95% Bond | A | Interest | K | T | Buy | 02/08/12 | K | | |
| 87. Baxter Int'l | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 88. Express Scripts | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 89. Kraft Foods | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 90. McKesson Corp | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 91. Under Armour | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 92. Boeing | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 93. Chesapeake Energy | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 94. Whole Foods | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 95. JP Morgan Chase | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 96. Exelon Corp | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 97. Ford Motor Co. | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 98. Anadarko Pete Corp | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 99. Altria Group | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 100. Fluor Corp | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 101. Johnson Controls | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 102. Deere & Co. | A | Dividend | J | T | Buy | 08/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  ABB Ltd | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 104.  Kraft Foods | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 105.  Duke Energy | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 106.  Mondelez International | A | Dividend | J | T | Buy | 10/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 03/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Dawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544